U.S. District Court
Eastern District of Texas
District Court Clerk
211 W. Ferguson St., Rm. 106
Tyler, TX. 75702



RE: Emergency Injunction; Erroneously Filed.

Dear Clerk,

    I have recently been informed of an error of this court dealing with an "emergency injunction" filed by me and several other moslims.
    But the injunction was filed under Hicks v. Goiterriez, cause No. 6:22.CV.-134. Hicks case is dealing with parole and this requested injunction is dealing with

Ps. 1 of 3

religious oppression here at the Coffield Unit. The two have nothing to do with each other, other than Hicks is also a muslim.

This request was originally filed on 11/10/22 and we the undersigned muslims are attempting to circumvent a dangerous voilital situation that is rapidly deteriating.

Please file this emergency injunction under another cause number and remove it from under Hicks v. Guiterriez.

I am now resubmitting this order, dating Nov. 1, 2022 and requesting this court to order a hearing and emergency injunction to seperate these two very distinct and conflicting services.

Respectfully Submitted,

*[signature]*

Andre D. Boyd
# 02389935
Coffield Unit
2661 F.M. 2054
Tennessee Colony, TX.
75884.

1) Dennis Mayes # 2062242
2) C.F. Gains # 1812321
3) Bernard Williams # 732837
4) Terrance Jackson # 803070
5) Norris Hicks # 505593
6) Charlie Evans # 1393843
7) Gerald Clay # 262547
8) Anthony Moore # 799171
9) Richard Hartsfield # 1906378
10) David King # 2349704
11) Gilbert Rodriguez # 1431957

PS. 3 of 3